THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
 THE STATE OF SOUTH CAROLINA
In The Court of Appeals
 
 
 
 
 The State, Respondent,
 v.
 Sammy K. Cowan, Appellant.
 
 
 
 
 
Appeal From Anderson County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2008-UP-577
 Submitted October 1, 2008  Filed October
14, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine Hudgins, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Sammy Cowan appeals his convictions for
 murder and possession of a firearm during the commission of a violent crime,
 arguing the trial court erred in failing to strike prejudicial statements of
 two witnesses.  After a
 thorough review of the record, counsels brief, and Cowans pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON,
WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.